IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GEORGE LEWIS                                                                                   PLAINTIFF

VS.                                                                        CASE NO.: 3:16-CV-855-DPJ-FKB

PF MISSISSIPPI, LLC, et al.                                                           DEFENDANTS

---

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

---

COMES NOW Plaintiff, George Lewis, by and through the undersigned counsel (hereinafter "Plaintiff"), and Defendants, PF Mississippi, LLC and Chaim Puretz, Individually, through the undersigned counsel (hereinafter "Defendants") and announce and agree that the matters and controversies between them have been fully resolved and that this matter can be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is completely settled and is fully dismissed with prejudice.

This the 21st day of June, 2017.

_____
HONORABLE DANIEL P. JORDAN
UNITED STATES DISTRICT COURT JUDGE

APPROVED FOR ENTRY:


*/s/ Christopher W. Espy*
CHRISTOPHER W. ESPY, ESQ.

Christopher W. Espy, Esq.,
MSB #102424
MORGAN & MORGAN, PLLC
4450 Old Canton Road, Suite 200
Jackson, MS 39211
Tel.:   601-718-2087
Fax:   601-718-2102
Email: cespy@forthepeople.com

ATTORNEY FOR PLAINTIFF


*/s/ Venecca Green Mason*
VENECCA GREEN MASON, ESQ.

Venecca Green Mason, Esq.,
MSB #100730
VENECCA G. GREEN & ASSOC., LLC
Post Office Box 12484
Jackson, MS 39236
Tel.:   601-954-5395
Fax:   601-899-1649
Email: veneccag@att.net

ATTORNEY FOR DEFENDANTS